UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES KLINGEL, individually and on behalf of all others similarly situated, </br></br>Plaintiff,</br></br>v.</br></br>DERMA SCIENCES INC., STEPHEN T. WILLS, SRINI CONJEEVARAM, BRETT D. HEWLETT, SAMUEL E. NAVARRO, ROBERT G. MOUSSA, INTEGRA LIFESCIENCES HOLDINGS CORPORATION, AND INTEGRA DERMA, INC.,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)  C.A. NO. 3:17-cv-00738</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S
VOLUNTARY DISMISSAL OF THE ABOVE ACTION WITH PREJUDICE AND
PLAINTIFF'S COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES

WHEREAS, on January 11, 2017, Derma Sciences, Inc. ("Derma" or the "Company") and Integra Lifesciences Holdings Corporation ("Integra") announced that they had entered into an Agreement and Plan of Merger (the "Merger Agreement"), dated as of January 10, 2017, among Derma, Integra, and Integra's wholly-owned subsidiary Integra Derma, Inc. ("Merger Sub"), pursuant to which Merger Sub would acquire all of the outstanding shares of Derma and Derma stockholders would receive $7.00 per share of Derma common stock (the "Transaction");

WHEREAS, on January 25, 2017, Derma filed a Recommendation Statement on a Schedule 14D-9 (the "Recommendation Statement") with the SEC. Among other things, the Recommendation Statement (i) summarized the Merger Agreement, (ii) provided an account of the events leading up to the execution of the Merger Agreement, (iii) stated that the Derma's board

of directors determined that the Transaction was in the best interests of Derma's stockholders and recommended the Company's stockholders tender into the Tender Offer, and (iv) summarized the valuation analyses and fairness opinion by Greenhill & Co., LLC ("Greenhill"), the financial advisor to Derma;

WHEREAS, on February 3, 2017, plaintiff Charles Klingel ("Plaintiff") filed a purported class action lawsuit in the District Court for the District of New Jersey, on behalf of himself and other public stockholders of Derma, challenging the adequacy of the disclosures made in the Proxy, captioned: *Klingel v. Derma Sciences, Inc., et al.*, Case No. 3:17-cv-00738 (the "Klingel Action");

WHEREAS, this lawsuit alleged, among other things, that Defendants Derma Sciences Inc., Stephen T. Wills, Srini Conjeevaram, Brett D. Hewlett, Samuel E. Navarro, Robert G. Moussa, Integra Lifesciences Holdings Corporation, and Integra Derma, Inc., (collectively, the "Defendants") committed disclosure violations under Sections 14(d)(4), 14(e) and 20(a) of the Securities and Exchange Act of 1934 (the "Exchange Act"), and Rule 14d-9 promulgated thereunder;

WHEREAS, on February 10, 2017, Derma filed a Form 8-K with the SEC containing supplemental disclosures to the Recommendation Statement (the "Supplemental Disclosures");

WHEREAS, Plaintiff agrees that as a result of the filing of the Supplemental Disclosures, the disclosure issues related to the Proposed Transaction identified in the complaint have become moot; and

WHEREAS, on February 24, 2017, the Tender Offer for Derma common stock expired and Integra successfully completed its acquisition of the Company;

WHEREAS, on March 10, 2017, Plaintiff filed a Stipulation of Dismissal, joined by Defendants, agreeing to dismissal of only Plaintiff's claims with prejudice, preserving the Court's jurisdiction for a potential application for attorney's fees and expenses;

WHEREAS, on March 15, 2017, the Court entered an Order (the "Dismissal Order") that, among other things, dismissed with prejudice all of Plaintiff's claims and directed the clerk to close the case;

WHEREAS, only subsequent to the entry of the Dismissal Order, the parties negotiated at arms'-length to resolve the Fee and Expense Application;

WHEREAS, on or around March 23, 2017, the parties in the Klingel Action, as well as in the related actions of *Rabadi v. Derma Sciences, Inc., et al.*, C.A. No. 3:17-cv-00628 (D.NJ) and *Parshall v. Derma Sciences, Inc., et al.*, C.A. No. 2017-0074-TMR (Del. Ch.) (the "Related Cases"), reached agreement with respect to the Fee and Expense Application, without the need of further litigation, which fees and expenses in the amount of $225,000.00 (the "Agreed Fee") shall be paid within seven (7) days of entry of this [Proposed] Order Closing the Action, in satisfaction of all potential claims for attorneys' fees and expenses in the Klingel Action and the Related Actions;

WHEREAS payment of the Agreed Fee will resolve all claims for attorneys' fees and expenses in the Klingel Action and the Related Actions, and Defendants will not under any circumstances pay more than the Agreed Fee in connection with any claims for attorneys' fees and expenses in the Klingel Action and the Related Actions;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2017 that:

1. Defendants shall pay to Plaintiff's counsel, on behalf of the plaintiffs' counsel in the Klingel Action and the Related Actions, the Agreed Fee within seven (7) days of the entry of this Order.

2. The Case is closed for all purposes

| | |
|---|---|
| By: _s/ Donald J. Enright_<br>LEVI & KORSINSKY LLP<br>235 Main Street<br>Hackensack, NJ 07601<br>Tel.: (973) 265-1600<br>Fax: (202) 333-2121<br>Email: denright@zlk.com<br><br>*Attorney for Plaintiff*<br><br>OF COUNSEL:<br><br>LEVI & KORSINSKY, LLP<br>Elizabeth K. Tripodi (to be admitted *pro hac vice*)<br>1101 30th Street, N.W., Suite 115<br>Washington, DC 20007<br>Tel: (202) 524-4290<br>Fax: (202) 337-1567<br>Email: etripodi@zlk.com<br><br>*Counsel for Plaintiff* | /s/ *Maranda E. Fritz*<br>Maranda Fritz<br>THOMPSON HINE LLP<br>335 Madison Avenue<br>New York, NY 10017<br>Tel.: (212) 908-3966<br>Email: Maranda.Fritz@thompsonhine.com<br><br>*Attorneys for Defendants Derma Sciences Inc., Stephen T. Wills, Srini Conjeevaram, Brett D. Hewlett, Samuel E. Navarro, Robert G. Moussa*<br><br>/s/ *Kevin M. McDonough*<br>Kevin McDonough<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 906-1246<br><br>*Counsel for Defendants Integra LifeSciences Holdings Corporation and Integra Derma, Inc.* |

SO ORDERED this ___May___ day of _23_, 2017

_____
Honorable Peter G. Sheridan
United States District Court Judge

4

## CERTIFICATE OF SERVICE

    I hereby certify that on May 19, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

                                                        */s/ Donald J. Enright*
                                                        Donald J. Enright